607 A.2d 1077

COVENCO, INC., Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD
OF FINANCE AND REVENUE.

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided June 11, 1992.

Robert E. Chernicoff, Keith Fickel, on brief, Harrisburg, for appellant.

Ronald H. Skubecz, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.

McDERMOTT, J., dissents.